THE HATTERS' FUR EXCHANGE, INC., Appellant, v. THE CORTLAND HAT CO., INC., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HARRY E. NOENING, Respondent, v. BEDFORD MILLS, INC., Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

WESTERN PACKING AND PROVISION COMPANY, Respondent, v. OSCAR L. RICHARD and Others, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CHEEVER N. ELY, as Executor, etc., Plaintiff, v. NEW YORK STATE REALTY AND TERMINAL COMPANY and Others, Appellants, Impleaded with GEORGE V. VANDERPOEL and Others, Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CHEEVER N. ELY, as Executor, etc., Plaintiff, v. NEW YORK STATE REALTY AND TERMINAL COMPANY and Others, Appellants, Impleaded with GEORGE V. VANDERPOEL and Others, Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CHEEVER N. ELY, as Executor, etc., Plaintiff, v. NEW YORK STATE REALTY AND TERMINAL COMPANY and Others, Appellants, Impleaded with GEORGE V. VANDERPOEL and Others, Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HARRY FEINGOLD, Respondent, v. WALWORTH BROS., INC., and Others, Appellants.— Motion for reargument denied; motion for leave to appeal granted; motion for a stay granted. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

C. ALEXOPOULOS FRERES, INC., Respondent, v. NEMOURS TRADING CORPORATION, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ANNA MCNALLY, INC., Appellant, v. WILLIAM W. CHAPIN, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of AMBURSEN CONSTRUCTION CO., INC., Respondent, etc. NORTHERN NEW YORK UTILITIES, INC., Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ALBERT A. MOERS, Respondent, v. AMERICAN EXCHANGE NATIONAL BANK, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch and McAvoy, JJ.

GENERAL COMMERCIAL COMPANY, LTD., OF UNITED STATES, Respondent, v. NATHAN COLEMAN and Another, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

BANKERS TRUST COMPANY, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

UNIVERSAL STEEL EXPORT CO., INC., Respondent, v. N. & G. TAYLOR CO., INC., Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SIGMUND KRAUTER, Respondent, v. PACIFIC TRADING CORPORATION OF AMERICA,